# EXHIBIT A

**IMMEDIATELY TURN THESE PAPERS OVER TO YOUR INSURANCE REPRESENTATIVE
YOUR FAILURE TO DO THIS MAY SUBJECT YOU TO PERSONAL AND FINANCIAL
RESPONSIBILITY**

STATE OF NEW YORK
SUPREME COURT : COUNTY OF NIAGARA

BRADLEY ALLEN
2660 Porter Road
Niagara Falls, New York 14305

**SUMMONS**

Index No.: _____

Plaintiff,

v.

WALMART SUPERCENTER STORE #1909
1540 Military Road
Niagara Falls, New York 14304

WAL-MART REAL ESTATE BUSINESS TRUST
2001 S.E. 10th Street,
Bentonville, AK 72712

WAL-MART STORES EAST, LP
702 S.W. 8th Street
Bentonville, AK 72716

WAL-MART INC.
702 S.W. 8th Street
Bentonville, AK 72716

Defendant(s).

**TO THE ABOVE NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your Answer, or, if the Complaint is not served with the Summons, to serve a Notice of Appearance on the Plaintiff's attorney within twenty (20) days after the service of this Summons, exclusive of the date of service, where service made by delivery upon you personally within the state, or within thirty (30) days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Plaintiff designates Niagara County as the place of trial. The basis of the venue is the Plaintiff's residence. The nature of the action is recovery for negligence. The relief sought is monetary damages.

**IMMEDIATELY TURN THESE PAPERS OVER TO YOUR INSURANCE REPRESENTATIVE
YOUR FAILURE TO DO THIS MAY SUBJECT YOU TO PERSONAL AND FINANCIAL
RESPONSIBILITY**

Dated: January 31, 2022
      Buffalo, New York

THE LONG FIRM, LLP

William A. Long, Jr., Esq.
*Attorney for Plaintiff*
37 Franklin Street, Suite 750
Buffalo, New York 14202
Telephone: (716) 362-1139

**IMMEDIATELY TURN THESE PAPERS OVER TO YOUR INSURANCE REPRESENTATIVE
YOUR FAILURE TO DO THIS MAY SUBJECT YOU TO PERSONAL AND FINANCIAL RESPONSIBILITY**

STATE OF NEW YORK
SUPREME COURT : COUNTY OF NIAGARA

BRADLEY ALLEN
2660 Porter Road
Niagara Falls, New York 14305

**COMPLAINT**

Index No.: _____

Plaintiff,

v.

WALMART SUPERCENER STORE #1909
1540 Military Road
Niagara Falls, NY 14304

WAL-MART REAL ESTATE BUSINESS TRUST
2001 S.E. 10th Street
Bentonville, AK 72712

WAL-MART STORES EAST, LP
702 S.W. 8th Street
Bentonville, AK 72716

WAL-MART INC.
702 S.W. 8th Street
Bentonville, AK 72716

Defendant(s).

Plaintiff BRADLEY ALLEN, by and through his attorney(s) The Long Firm, LLP, for his complaint against defendants, Defendants, Wal-Mart Real Estates Business Trust, Wal-Mart East, LP, and Walmart, Inc., alleges as follows, upon information and belief:

1. At all relevant times herein, Plaintiff BRADLEY ALLEN was and is a resident of the Cit of Niagara Falls, County of Niagara, and State of New York.

2. At all relevant times herein, Defendant Wal-Mart Real Estate Business Trust was and still is a foreign corporation authorized to do business within the State of New York.

3. At all relevant times herein, Defendant Wal-Mart Stores East, LP was and still is a foreign corporation authorized to do business within the State of New York.

**IMMEDIATELY TURN THESE PAPERS OVER TO YOUR INSURANCE REPRESENTATIVE
YOUR FAILURE TO DO THIS MAY SUBJECT YOU TO PERSONAL AND FINANCIAL
RESPONSIBILITY**

4. At all relevant times herein, Defendant Wal-Mart Stores East, LP is a foreign limited partnership authorized to do business in the State of New York and maintains offices for the transaction of business at 1540 Military Road, City of Niagara Falls, County of Niagara and State of New York (the "Walmart Supercenter").

5. At all relevant times herein, Defendant Wal-Mart Stores East, LP was a foreign limited partnership duly operating and conducting business as Walmart Supercenter in the State of New York.

6. At all relevant times herein, Defendant Walmart Inc. was and still is a foreign corporation authorized to do business within the State of New York.

7. At all relevant times herein, Defendant Wal-Mart Real Estate Business Trust was the owner of a certain premises known as Walmart Supercenter #1909, located at 1540 Military Road, City of Niagara Falls, County of Niagara, and State of New York (the "Walmart Supercenter").

8. At all relevant times herein, Defendant Walmart Supercenter Store #1909 has conducted business at 1540 Military Road, City of Niagara Falls, County of Niagara and State of New York and as such, personal jurisdiction is conferred upon this Court pursuant to CPLR 302(a)(1).

9. At all relevant times herein, the Defendant Walmart Supercenter Store #1909 has leased and/or owned and/or controlled and/or managed and/or maintained the premises commonly known as Walmart Supercenter Store #1909 in the City of Niagara Falls, County of Niagara and the State of New York.

10. At all relevant times herein, Defendant Wal-Mart Stores East, LP controlled and operated the Walmart Supercenter.

11. At all relevant times herein, Defendant Wal-Mart Stores East, LP leased the premises at 1540 Military Road, City of Niagara Falls, County of Niagara and State of New York.

**IMMEDIATELY TURN THESE PAPERS OVER TO YOUR INSURANCE REPRESENTATIVE
YOUR FAILURE TO DO THIS MAY SUBJECT YOU TO PERSONAL AND FINANCIAL
RESPONSIBILITY**

12. At all relevant times herein, Defendant Walmart Inc. controlled and operated the Walmart Supercenter.

13. At all relevant times herein, Defendants were responsible for inspecting and maintaining the Walmart Supercenter.

14. On or about January 31, 2019, plaintiff BRADLEY ALLEN was a lawful patron at the Walmart Supercenter.

15. On or about January 31, 2019, plaintiff BRADLEY ALLEN was caused to slip and fall on the floor within the Walmart Supercenter and, as a result, suffered severe, permanent and disabling physical injuries.

16. The incident described above occurred solely as a result of the carelessness, recklessness and/or negligence of the Defendants, their servants, agents, employees, and/or others for whom Defendants are responsible, without any fault attributable in any measure to plaintiff BRADLEY ALLEN.

17. The carelessness, recklessness and/or negligence of the Defendants included causing, creating and/or contributing to a dangerous condition, failing to provide a safe environment, failing to maintain the premises in a reasonably safe condition, failing to warn Plaintiff of a dangerous condition, and failing to properly inspect the premises.

18. By reason of Defendants' negligence, Plaintiff has sustained severe, permanent, disabling physical injuries and pain and suffering, has been unable to perform his normal and customary activities and duties, and has incurred economic loss.

19. The limitations of liability set forth in CPLR Article 16 do not apply here; one or more of the exemptions set forth in CPLR 1602 applies.

### For A First Cause of Action

20. Plaintiff repeats and realleges the allegations in the paragraphs above as if fully set forth herein.

**IMMEDIATELY TURN THESE PAPERS OVER TO YOUR INSURANCE REPRESENTATIVE
YOUR FAILURE TO DO THIS MAY SUBJECT YOU TO PERSONAL AND FINANCIAL RESPONSIBILITY**

21. The incident described above occurred as a result of Defendants' negligence and/or recklessness without any negligence attributable in any measure to plaintiff BRADLEY ALLEN.

22. As a result of Defendants' negligence and/or recklessness, plaintiff BRADLEY ALLEN was injured and has suffered damages in an amount that exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction.

**WHEREFORE**, the Plaintiff demands judgment against the Defendants, jointly and severally, in the First Cause of Action in an amount that exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction; and for such other, further, or different relief as the Court may deem just and proper, together with the costs and disbursements of the action.

Dated: January 31, 2022
Buffalo, New York

THE LONG FIRM, LLP

_____
William A. Long, Jr., Esq.
*Attorney for Plaintiff*
37 Franklin Street, Suite 750
Buffalo, New York 14202
Telephone: (716) 362-1139